

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2021

No. 04-20-00562-CV

James D. **SCUDDAY**,
Appellant

v.

Austin **KING**, Tierra Linda Ranch Homeowners Association, Jerry Adams, Bob Dockey, Mary
La France, Tammy Haney, Denise Chambers and Dimas Lopez,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 14446
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

Appellees' second motion for extension of time to file their brief is GRANTED. Appellees' brief is due on or before **October 14, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court